MIED (4/19) Order of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lilbert Gregory,

                Plaintiff(s)                Civil Action No. 23-cv-12156

v.                                                      Judge Matthew F. Leitman

Losinski, et al.,

                Defendant(s)
_____/

### ORDER OF DISMISSAL

       Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. The case was referred to the Pro Se Early Prisoner Mediation Program for possible resolution. A mediation conference was held, and a settlement was placed on the record. Accordingly,

       IT IS ORDERED that this action is dismissed with prejudice. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

Date: January 30, 2024                      s/Matthew F. Leitman
                                                Matthew F. Leitman
                                                United States District Judge